UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **OHVA, Inc.,**<br><br>             Plaintiff<br><br>     V.<br><br>**Fiserv, Inc.**<br><br>             Defendant. | **Case No. 6:22-cv-00366-ADA-DTG** |

### NOTICE OF SECOND AGREED EXTENSION OF TIME FOR DEFENDANT FISERV, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff OHVA, Inc. ("Plaintiff") files this Notice of Second Agreed Extension of Time for Fiserv, Inc. ("Defendant") to Answer, Move, or Otherwise Respond to the Complaint pursuant to the Court's March 7, 2022 Amended Standing Order regarding Joint or Unopposed Request to Change Deadlines ("Order").

In accordance with the Order, Plaintiff provides notice that the parties have agreed to extend the deadline for Defendant to answer, move, or otherwise respond to the Complaint by an additional thirty (30) days to engage in further settlement discussions, making the new deadline September 21, 2022. This extension does not currently and is not expected to change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: August 17, 2022                           Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
Rabicoff Law LLC
5680 King Centre Dr., Suite 645
Alexandria, VA 22315
773-669-4590
isaac@rabilaw.com

**Counsel for Plaintiff
OHVA, Inc.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 17, 2022, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

                                                */s/ Isaac Rabicoff*
                                                Isaac Rabicoff